# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
MAY 27 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. |
| **Abram Ducas** ) | 09-CR-36 LJO |
|  ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Abram Ducas__, have discussed with __Jacob Scott__, Supervising Pretrial Officer, modifications of my release conditions as follows:

To vacate the defendant's condition regarding electronic monitoring, including **CURFEW:** You are restricted to your residence everyday from 9p.m. to 6a.m., unless otherwise approved in advance of the Pretrial Services Officer, and abide by all the requirements of the electronic monitoring program.

All other previously imposed conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 5/22/09         _____ 5/22/09
Signature of Defendant    Date             Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____              5/22/09
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              5/22/09
Signature of Defense Counsel    Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __5/27/09__
☐ The above modification of conditions of release is *not* ordered.

_____              5/27/09
Signature of Judicial Officer    Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services