# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**

OCT 1 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY **A. JESSEN**
DEPUTY CLERK

| | |
|---|---|
| **United States of America** vs. **Abram Ducas** | Case No. 1:09-cr-00036-LJO-2 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Abram Ducas___, have discussed with ___Jacob Scott___, Supervising Pretrial Officer, in adding the following release conditions:

The defendant shall participate in a cognitive behavioral treatment program, as directed by the Pretrial Services officer. Such program may include group sessions led by a counselor or participation in a program administered by the Pretrial Services officer. Additionally, you shall refrain from ANY use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner;

All other previously imposed conditions of release, not in conflict with this order, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10/13/10          _____  10/13/10
Signature of Defendant      Date              Pretrial Services Officer    Date
Abram Ducas                                   Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____                    10/13/2010
Signature of Assistant United States Attorney                Date
Laurel Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    10/12/10
Signature of Defense Counsel                  Date
John Garland

## ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on ___10-14-10___.

[ ] The above modification of conditions of release is *not* ordered.

_____                    10-14-10
Signature of Judicial Officer                 Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services