**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA  )  )   v.                                              )  )                                                 ) **Abram Joseph Ducas**                 )  )  ) | **Docket No.:  0972 1:09CR00036-002** |

On February 17, 2012, the above-named was placed on Supervised Release for a period of 3 years.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Leighann Milford

Leighann Milford
Senior United States Probation Officer

Dated:    November 21, 2014
               Fresno, California
               llm


                             /s/ Tim D. Mechem
**REVIEWED BY:    Tim D. Mechem
                             Supervising United States Probation Officer**

**Re:   Abram Joseph Ducas**
   **Docket No:   0972 1:09CR00036-002**
   **Report and Order Terminating Supervised Release**
   **Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Abram Joseph Ducas be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

   Dated:   **November 25, 2014**           **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE